# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | 9711736 | David Smith | 1058 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 1200  8/31/21
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
36 CFR 4.2(b)
MCA 61-6-301(4)

**Place of Offense:** Many Glacier Rd Hotel - T

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
operate vehicle without liability insurance

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Mott | Daniel | E |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 150ASM | NV | 02 | Buick Century | | gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 270  Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 300  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___   Date: ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original - CVB Copy

*9711736*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident